No. 93–253. GRUNWALD ET AL. *v.* SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–256. PASSAIC VALLEY SEWERAGE COMMISSIONERS *v.* UNITED STATES DEPARTMENT OF LABOR ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–259. MONROE COUNTY, FLORIDA *v.* NEW PORT LARGO, INC. C. A. 11th Cir. Certiorari denied.

No. 93–271. MADISON LIBRARY, INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–409. BRAINERD AREA CIVIC CENTER ET AL. *v.* MINNESOTA COMMISSIONER OF REVENUE. Sup. Ct. Minn. Certiorari denied.

No. 93–410. UPP *v.* MELLON BANK, N. A. C. A. 3d Cir. Certiorari denied.

No. 93–411. SCHLOEGEL ET AL. *v.* BOSWELL. C. A. 5th Cir. Certiorari denied.

No. 93–417. REALTY PHOTO MASTER CORP. *v.* MONTGOMERY COUNTY ASSOCIATION OF REALTORS, INC. C. A. 4th Cir. Certiorari denied.

No. 93–419. BOULET ET AL. *v.* THIBODEAUX ET AL. Sup. Ct. La. Certiorari denied.

No. 93–425. MUTUAL OF OMAHA LIFE INSURANCE CO. *v.* DAHL-EIMERS. C. A. 11th Cir. Certiorari denied.

No. 93–426. PACIFIC LIGHTING CORP. ET AL. *v.* MGW, INC. Sup. Ct. Cal. Certiorari denied.

No. 93–427. CLOWES *v.* ALLEGHENY VALLEY HOSPITAL. C. A. 3d Cir. Certiorari denied.

No. 93–435. ST. PAUL FIRE & MARINE INSURANCE CO. *v.* CAMP ET AL. C. A. 11th Cir. Certiorari denied.